■ ARTHUR KREUSI et al., Respondents, v CITY OF NEW

YORK et al., Respondents, HERMAN MILLER, INC., Appellant, et al., Defendant. [610 NYS2d 795] —Appeal by the defendant Herman Miller from stated portions of an order of the Supreme Court, Kings County (Greenstein, J.), dated April 14, 1992.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs, for reasons stated by Justice Greenstein in the Supreme Court. Sullivan, J. P., Miller, O'Brien and Krausman, JJ., concur.